IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT KATAVITCH, *individually and on behalf of all those similarly situated,*<br><br>            Plaintiff,<br><br>    v.<br><br>ULTA BEAUTY, INC.,<br><br>            Defendant. | No.: 1:21-cv-00540-CCC |

# UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in the forthcoming Memorandum of Law in Support of this Motion, the Parties respectfully request this Court enter an Order:

1. Preliminarily approving the Settlement Agreement and Release ("Settlement Agreement"), attached as "Exhibit 1";

2. Granting provisional certification, for settlement purposes, of a class action pursuant to Rule 23(a) and 23(b)(3) for the Released Claims consisting of Settlement Class Members, the hourly non-exempt employees who worked for Defendant's Distribution Center in Chambersburg, Pennsylvania between February 12, 2018, and April 1, 2022;

3. Appointing Named Plaintiff Robert Katavitch as representative of the class;

4. Appointing Swartz Swidler, LLC as Class Counsel;

1

5. Approving the Notice of Settlement to the Settlement Class attached as "Exhibit A" to the Settlement Agreement, and ordering its distribution in accordance with the procedures provided in the Settlement Agreement;

6. Approving the procedures related to submitting objecting to the Settlement and opting out of the Settlement contained in the Settlement Agreement;

7. Directing when Class Counsel must file a Motion for Final Approval of the settlement sought in the Settlement Agreement; and

8. Scheduling a Final Fairness Hearing for a date later than 120 days from the date of the Court's Order granting the instant motion.

Respectfully Submitted,

*/s/ Matthew Miller*
Matthew D. Miller, Esq.
**SWARTZ SWIDLER, LLC**
1101 Kings Highway North, Ste. 402
Cherry Hill, NJ 08034
Ph: (856) 685-7420
Fax: (856) 685-7417

Date: June 8, 2022