IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT KATAVITCH, *individually and on behalf of all those similarly situated,*<br><br>         Plaintiff,<br><br>     v.<br><br>ULTA BEAUTY, INC.,<br><br>         Defendant. | Civil Action No.: 1:21-cv-00540-CCC |

# NAMED PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, SERVICE PAYMENT, ATTORNEY'S FEES AND COSTS, AND ADMINISTRATOR FEES

For the reasons set forth in the attached Memorandum of Law in Support of this Motion, Named Plaintiff Robert Katavitch ("Named Plaintiff") respectfully request this Court enter an Order:

1. Granting final approval of the Parties' class action settlement;

2. Approving Class Counsel's request for attorneys' fees in the amount of $50,000.00 (one-third of the Gross Settlement Fund);

3. Approving Class Counsel's request for reimbursement of litigation expenses in the amount of $5,330.05;

4. Approving Named Plaintiff's request for a service payment of $5,000.

5. Approving Simpluris, Inc.'s requested fees;

6. An Order dismissing the matter on the merits, with prejudice, in accordance

1

with the terms of the Settlement Agreement and Release.

          Respectfully submitted,

          */s/ Matthew Miller*
          Matthew D. Miller, Esq.
          Justin L. Swidler, Esq.
          Richard S. Swartz, Esq.
          **SWARTZ SWIDLER, LLC**
          1101 Kings Highway North, Ste. 402
          Cherry Hill, NJ 08034
          Ph: (856) 685-7420
          Fax: (856) 685-7417

Date: November 2, 2022